UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
:
IN RE WORLD TRADE CENTER LOWER  : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
:
:
---------------------------------------------------------------X
GIL CALLE : 07-CV-01576-AKH
:
                     Plaintiff, : **APPEARANCE**
:
  - against - :
: **ELECTRONICALLY FILED**
ALAN KASMAN D/B/A KASCO, *et al.*, :
:
                   Defendants. :
---------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York              DICKSTEIN SHAPIRO LLP
       October 3, 2007

                                     By:    /s/  Judith R. Cohen
                                              _____
                                             Judith R. Cohen (JC-8614)
                                             1177 Avenue of the Americas
                                             New York, New York 10036
                                             Phone: (212) 277-6500
                                             Fax: (212) 277-6501

                                             *Attorney for Defendant*
                                             MERRILL LYNCH & CO., INC.

DOCSNY-271378v01